Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
KATHY SHEPHERD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KATHY SHEPHERD, | Case No.: 10-6852 |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| CREDIT COLLECTION SERVICES, | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, KATHY SHEPHERD, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: November 12, 2010                              KROHN & MOSS, LTD.


                                                                  By:/s/ Ryan Lee .
                                                                   Ryan Lee
                                                                      Attorneys for Plaintiff
                                                                      KATHY SHEPHERD

- 1 -

VOLUNTARY DISMISSAL